UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| VIP VENTURES INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES LIABILITY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 3:21-CV-757-JD-MGG |

## REPORT AND RECOMMENDATION

On July 5, 2022, this Court took under advisement the motion to withdraw appearance filed by Plaintiff's counsel, Attorney John Morse, because business entities like Plaintiff VIP Ventures Inc. cannot litigate in this court without representation. [DE 18]. Accordingly, the Court ordered Plaintiff "to file a report no later than **August 5, 2022**, either through Attorney Morse or through new counsel upon entry of an appearance. Plaintiff's status report shall inform the Court of its intentions to secure representation and proceed with this case." [DE 18 at 1 (emphasis in original)]. Attorney Morse was further ordered to mail a copy of the order to Plaintiff at its last known address. [DE 18 at 2].

On August 4, 2022, Plaintiff, through Attorney Morse, filed a report indicating that it intended to secure new representation and proceed with its case. [DE 19]. Therefore, the Court kept Attorney Morse's motion under advisement and afforded Plaintiff "until **September 26, 2022**, to secure substitute counsel." [DE 20 at 1]. In this second order, the Court also advised Plaintiff that "failure to secure counsel to represent

it in this matter could result in sanctions up to and including dismissal." [DE 20 at 1-2]. Attorney Morse was again ordered to mail a copy of this order to Plaintiff at its last known address. [DE 20 at 2].

As of October 18, 2022, however, Plaintiff had filed nothing in response to the Court's order, and new no counsel had appeared. The undersigned then issued an Order to Show Cause. [DE 21]. In this third order, Plaintiff was ordered "to show cause on or before **November 18, 2022**, why this action should not be dismissed due to Plaintiff's failure to secure substitute counsel in compliance with the Court's order." [DE 21 at 2]. The Court further advised Plaintiff that "[f]ailure to comply with this order will lead the undersigned to recommend that the presiding judge dismiss this action as a sanction." [DE 21 at 2]. The Court directed the Clerk to mail a copy of the order to Plaintiff at its last known address. [DE 21 at 2].

As of this date, Plaintiff has filed nothing in response to the Court's orders, has not shown good cause for his delays after numerous opportunities to do so, and no new counsel has appeared. Accordingly, the undersigned can only assume that Plaintiff has abandoned its instant claims against Defendant. Therefore, the undersigned **RECOMMENDS** that the Court **DISMISS** Plaintiff's case **WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's orders.

The Clerk is **DIRECTED** to mail a copy of this order to Plaintiff, VIP Ventures, Inc. at its last known address: 2901 E. Armstrong Rd., Leesburg, Indiana 46538.

> **NOTICE IS HEREBY GIVEN that within fourteen (14) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or**

2

recommendations. Fed. R. Civ. P. 72(b). **FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED** this 5th day of December 2022.

                                              s/Michael G. Gotsch, Sr.
                                              Michael G. Gotsch, Sr.
                                              United States Magistrate Judge