UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| VIP VENTURES INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES LIABILITY<br>INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:21-CV-757 JD |

### ORDER ADOPTING REPORT AND RECOMMENDATION

On October 18, 2022, Magistrate Judge Gotsch ordered VIP Ventures to show cause by November 18, regarding why this action should not be dismissed for failure to prosecute. (DE 21.) VIP Ventures failed to respond to the order, and Judge Gotsch issued a report and recommendation that the case be dismissed without prejudice on December 5, 2022. (DE 22.) As the basis for his recommendations, Judge Gotsch noted that despite his prior order instructing VIP Ventures that it could not proceed pro se, VIP Ventures refused to secure counsel for several months. *Id*. Though the original deadline to object was set for fourteen days after issuance of the report and recommendation, the court offered VIP Ventures two extensions of time. (DE 28, 30.) On March 3, 2023, Judge Gotsch warned VIP Ventures that the deadline to secure new counsel and object would not be extended further. (DE 30.) That Order set the final deadline to object as March 20, 2023. *Id*. VIP Ventures again moved to extend the deadline (DE 31), and the court struck the motion (DE 33). The March 20 deadline passed, and VIP Ventures did not object to the report and recommendation.

Accordingly, the Court reviews Judge Gotsch's report and recommendation for clear error. *See Johson v. Zema Sys. Corp*., 170 F.3d 734, 739 (7th Cir. 1999). After reviewing the

record and the report and recommendation, the Court finds no clear error. Therefore, the Court ADOPTS the magistrate judge's report and recommendation (DE 22) and DISMISSES the action without prejudice. The Clerk of the Court is DIRECTED to close the case.

SO ORDERED.

ENTERED: March 30, 2023

                                                /s/ JON E. DEGUILIO
                                                Chief Judge
                                                United States District Court